UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CYNTHIA L. MENDOZA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>IDAHO TRANSPORTATION DEPARTMENT,<br><br>　　　　　　Defendant. | Case No. 1:20-CV-00226-CWD<br><br>**ORDER OF DISMISSAL** |

The parties having filed a Stipulation of Dismissal, and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Stipulation of Dismissal (Dkt. 26) is APPROVED, and that this case is **DISMISSED WITH PREJUDICE** and with each party to bear its own attorney fees and costs.

IT IS FURTHER ORDERED that the Clerk of the Court **CLOSE** this case.

DATED: June 16, 2021

_____
Honorable Candy W. Dale
United States Magistrate Judge

**ORDER OF DISMISSAL - 1**